AO 91 (Rev. 11/11)  Criminal Complaint

DOA: 2/2/2026

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ricardo Diaz-Sanchez | ) | Case No. 26-6027MJ |
| A#208 586 061 | ) | |
| | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about February 2, 2026, in Maricopa County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), an offense described as follows:

Ricardo Diaz-Sanchez, an alien, was found in the United States at or near Scottsdale, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, about December 1, 2024, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*C. Bailey Jr.*  Digitally signed by CHARLES BAII
Date: 2026.02.03 09:12:36 -07'00'

AUTHORIZED BY: Charles E. Bailey Jr., P.S. for AUSA Jacqueline Pecaro

☒ Continued on the attached sheet.

JAMES N LUONG  Digitally signed by JAMES N LUONG
Date: 2026.02.03 09:56:25 -07'00'

*Complainant's signature*

James N. Luong
ICE Deportation Officer

*Printed name and title*

Sworn to telephonically.

Date: February 3, 2026 @10:14am

*Judge's signature*

City and state: Phoenix, Arizona

Alison S. Bachus
United States Magistrate Judge

*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Deportation Officer, James N. Luong declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about February 2, 2026, officers with the Scottsdale Police Department (SPD) arrested and booked Ricardo Diaz-Sanchez into the Scottsdale City Jail (SCJ), in Scottsdale, Arizona, on local charges. SPD officers suspected Diaz-Sanchez was possibly present in the United States unlawfully and contacted the Phoenix ICE office for assistance. While Diaz-Sanchez was confined at the SCJ, ICE agents telephonically interviewed him, and he stated that he is a citizen of Mexico. On the same date, an immigration detainer was lodged with the SCJ for Diaz-Sanchez. On or about February 2, 2026, Diaz-Sanchez was released from the SCJ to ICE custody and transported to the Phoenix ICE office for further investigation and processing. Diaz-Sanchez was held in administrative custody until his identity could be confirmed, and his immigration and criminal history could be obtained.

3. Immigration history checks revealed Ricardo Diaz-Sanchez to be a citizen of Mexico and a previously deported alien. Diaz-Sanchez was removed from the United States to Mexico, through San Ysidro, California, on or about December 1, 2024, pursuant to a

final order of removal issued by an immigration official. There is no record of Diaz-Sanchez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his last removal. Diaz-Sanchez's immigration history was matched to him by electronic fingerprint comparison.

4. On or about February 2, 2026, Ricardo Diaz-Sanchez was advised of his constitutional rights. Diaz-Sanchez freely and willingly acknowledged his rights but declined to provide a statement under oath.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about February 2, 2026, Ricardo Diaz-Sanchez, an alien, was found in the United States at or near Scottsdale, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near San Ysidro, California, on or about December 1, 2024, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

6. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit

///

///

and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

JAMES N LUONG  
Digitally signed by JAMES N LUONG  
Date: 2026.02.03 10:01:44 -07'00'

James N. Luong  
Deportation Officer  
Immigration and Customs Enforcement

Sworn to telephonically on  
February 3, 2026

Alison S. Bachus  
United States Magistrate Judge

3